1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

DAVID GREENING,

11

Petitioner,

12

v.

13

MAGGIE MILLER-STOUT,

14

Respondent.

Case No. C06-5255RJB

ORDER ADOPTING REPORT
AND RECOMMENDATION

15
16

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold

17

United States Magistrate Judge, objections to the Report and Recommendation, if any, and the

18

remaining record, does hereby find and Order:

19

(1)     The Court adopts the Report and Recommendation;

20

(2)     The petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.**

21
22

(3)     The clerk is directed to send copies of this Order to Petitioner, counsel for respondent and to the Hon. J. Kelley Arnold **AND TO ADMINISTRATIVELY CLOSE THIS FILE.**

23

DATED this 5th day of July, 2006.

24
25

Robert J. Bryan
United States District Judge

26
27
28

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28    ORDER - 2